IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILAD ALLAHAM, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-3564 |
| v. | : | |
| FADI NADDAF, ELIAS NADAF, and MAJD NADAF, | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 28th day of May, 2015, after considering the motion pursuant to Federal Rule of Civil Procedure 59(e) filed by the plaintiff, in which he requests that the court alter or amend the December 30, 2014 order (Doc. No. 16), and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion (Doc. No. 16) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.